# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 22, 2014

149690

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

In re IAQUINTA, Minors.

SC: 149690
COA: 315136
Wayne CC Family Division:
12-509215-NA

_____/

On order of the Court, the application for leave to appeal the April 29, 2014 judgment of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we VACATE the judgment of the Court of Appeals. The factual findings of the Family Division of the Wayne Circuit Court were inadequate for review. The Court of Appeals should have remanded the case to the trial court to make further factual findings under MCR 3.977(I)(2). Additionally, the Court of Appeals accepted the claim of appeal by the guardian ad litem where no appeal of right existed under MCR 3.993(A). We REMAND this case to the Family Division of the Wayne Circuit Court to make findings of fact sufficient for appellate review, as required by MCR 3.977(I).

We do not retain jurisdiction.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 22, 2014



Clerk

p0819